**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  Hira Azhar v. Mohammed Ali Choudhri

Appellate case number:  01-20-00169-CV

Trial court case number:  2015-36895

Trial court:  312th District Court of Harris County

Appellee, Ali Choudhri, acting pro se, filed a motion for extension of time to file his appellee's brief.  After extensions granted by this Court, appellant, Hira Azhar filed her appellant's brief on July 21, 2021.  Accordingly, Choudhri's brief was due to be filed on or before August 20, 2021.  *See* TEX. R. APP. P. 38.6(b).

In his motion for extension of time, Choudhri requests a sixty-day extension to file his appellee's brief.  Choudhri's motion represents to the Court that the extension is necessary because he "needs additional time to find counsel as he did not believe [Azhar] was actually filing a brief and continuing with the appeal until very recently."  Choudhri's motion includes a certificate of conference representing that appellant is not opposed to the requested extension of time to file an appellee's brief.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Choudhri's motion for extension of time to file an appellee's brief is **granted**. **Choudhri's deadline to file his appellee's brief is extended by a period of sixty-days and must be filed on or before October 19, 2021**.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
               ☑ Acting individually    ☐ Acting for the Court

Date: ___August 24, 2021___